**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:21-cv-60438-AHS

WILLIAM DESPAGNE,

    Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC, and INPHYNET SOUTH BROWARD, LLC,

    Defendants.
_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff William Despagne and Defendants Healthcare Revenue Recovery Group, LLC, and Inphynet South Broward, LLC, by and through respective undersigned counsel, file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED:    March 17, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ John Gaset, Esq. |
| **JIBRAEL S. HINDI, ESQ.** | **JOHN GASET, ESQ.** |
| Florida Bar No.: 118259 | Florida Bar No.: 98415 |
| E-mail: jibrael@jibraellaw.com | E-mail: john.gaset@dinsmore.com |
| **THOMAS J. PATTI, ESQ.** | E-mail: jessica.lovins@dinsmore.com |
| Florida Bar No.: 118377 | DINSMORE & SHOHL LLP |
| E-mail: tom@jibraellaw.com | 201 N. Franklin Street, Suite 3050 |
| The Law Offices of Jibrael S. Hindi | Tampa, FL 33602 |
| 110 SE 6th Street, Suite 1744 | Telephone: (813) 543-9848 |
| Fort Lauderdale, Florida 33301 | Facsimile: (813) 543-9849 |
| Phone: 954-907-1136 | Counsel for Defendant, |
| Fax: 855-529-9540 | Inphynet South Broward, LLC |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENSE* |